```
                                              FILED
                                        IN CLERK'S OFFICE
                                       DISTRICT COURT E D N Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK            ★    JUL 12 2012    ★
-----------------------------------------X
                                            LONG ISLAND OFFICE

In re: Air Disaster at Lockerbie,
       Scotland, on December 21, 1988       MDL799

-----------------------------------------X
```

Settlement has been approved and satisfied in this matter and pending matters have been resolved in the Court of Appeals. The Clerk's Office is directed to close the MDL and any remaining line cases based on settlement.

A copy of this order shall be forwarded to the United States Judicial Panel on Multidistrict Litigation.

Dated: July 12, 2012
       Central Islip, NY

*Honorable Thomas C. Platt*
Thomas C. Platt
US Senior District Judge